## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Dazhi Qiu dba Q&J Trading LLC dba           CHAPTER 13
Q&J Trading Logistics LLC

                Debtor(s)           BKY. NO. 21-12092 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                       Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
11 Aug 2021, 14:43:57, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322