**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Dazhi | | Qiu |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number: 21-12092
(if known)

☒ Check if this is an amended filing

---

Official Form 106D                                                                                              12/15
# Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **Specialized Loan Servicing, LLC**<br>Creditor's Name<br><br>c/o Matthew Tillma (Authorized Agent)<br>Bonial & Associates, PC<br>PO BOX 9013<br>Addison, TX 75001<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**402 Evergreen Court North Wales, PA 19454 Montgomery County Residential (Tenants by Entirety)**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☒ Other (including a right to offset) Mortgage | $50,444.66 | $382,600.00 | $0.00 |
| | **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☒ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred **2013** | Last 4 digits of account number **8127** | | | |
| **2.2** | **Developers Diversified Realty Corp.**<br>Creditor's Name<br><br>3300 Enterprise Parkway<br>Beachwood, OH 44122<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**402 Evergreen Court North Wales, PA 19454 Montgomery County Residential (Tenants by Entirety)**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☒ Judgment lien from a lawsuit | $848,149.52 | $382,600.00 | $515,994.18 |
| | **Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | | | | |

---

Official Form 106D                     Schedule D: Creditors Who Have Claims Secured by Property                     page 1 of 2
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor 1  **Dazhi Qiu**
        First Name        Middle Name        Last Name

Case number (if know)  **21-12092**

☐ Check if this claim relates to a community debt

☐ Other (including a right to offset) _____

Date debt was incurred  **2011**    Last 4 digits of account number  **9762**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $898,594.18 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $898,594.18 |

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.