# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Dazhi Qiu dba Q&J Trading LLC dba Q&J Trading Logistics LLC** | **BK NO. 21-12092 AMC** |
|       **Debtor(s)** | **Chapter 13** |
| **M&T BANK** | |
|       **Movant** | |
|    **vs.** | |
| **Dazhi Qiu dba Q&J Trading LLC dba Q&J Trading Logistics LLC** | |
|       **Debtor(s)** | |
| **William C. Miller Esq.**, | |
|       **Trustee** | |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 16, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Dazhi Qiu dba Q&J Trading LLC dba Q&J
Trading Logistics LLC
402 Evergreen Court
North Wales, PA 19454

<u>Attorney for Debtor(s)</u>
Douglas R. Lally, Esq.
1003 Easton Road (VIA ECF)
Suite C103
Willow Grove, PA 19090

<u>Trustee</u>
William C. Miller Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837 (VIA ECF)
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>August 16, 2021</u>

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorney I.D. 315936
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com