# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Dazhi Qiu
         Bankruptcy No. 21-12092-amc
         Adversary No.
         Chapter 13

                              Date:   August 17, 2021

To:          Douglas R. Lally, Esq.
              261 Old York Road, Suite 524
              The Pavilion, PO Box 703
              Jenkintown PA 19046-0703

### <u>NOTICE OF INACCURATE FILING</u>

        Re:  <u>Amended Schedule C</u>

The above pleading was filed in this office on **August 16, 2021.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

        ()        Debtor's name does not match case number listed
        ()        Debtor's name and case number are missing
        **(XX)**  Wrong PDF document attached
        ()        PDF document  not legible
        ()        Notice of Motion/Objection
        ()        Electronic Signature missing

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **lisa_henry@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

                                      Timothy B. McGrath
                                      Clerk

                                      By:  Lisa Henry
                                      Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04