UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DAZHI QIU                                           CASE NO. 21 – 12092 AMC
       Debtor                                                  Chapter 13

PRAECIPE TO WITHDRAW

Kindly withdraw Docket No. 17 which erroneously filed an Amended Schedule D as an Amended Schedule C. The intended filing was filed at Docket No. 18 as Amended Schedule D.

Date: August 20, 2021                           /s/ Douglas R. Lally

                                                                Douglas R. Lally, Esquire
                                                                Attorney-For-The-Debtor
                                                                261 Old York Road, Suite 524
                                                                The Pavilion, P.O. Box 703
                                                                Jenkintown, PA 19046-1703
                                                                Tel: (215) 886 – 6350
                                                                Fax: (215) 754 – 4959
                                                                Email: drlally@hotmail.com