UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DAZHI QIU　　　　　　　　　　　　　　　　CASE NO.  21 – 12092 AMC
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

PRAECIPE NOTICING THAT DEBTOR'S DISCHARGE WILL NOT INCLUDE
DEBT OWED BY THE BUSINESS ENTITY BLUE GINGERS BUFFET INC.

Please take Notice that the debt owed by the business-entity co-debtor, Blue Gingers Buffet, Inc.,

d/b/a Jim's Buffet, is not included in any Discharge obtained by the individual Debtor herein, Dazhi Qiu.

Date:  September 28, 2021　　　　　　　　　　　/s/ Douglas R. Lally

　　　　　　　　　　　　　　　　　　　　　　　　　　　Douglas R. Lally, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney-For-The-Debtor
　　　　　　　　　　　　　　　　　　　　　　　　　　　261 Old York Road, Suite 524
　　　　　　　　　　　　　　　　　　　　　　　　　　　The Pavilion, P.O. Box 703
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jenkintown, PA 19046-1703
　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (215) 886 – 6350
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (215) 754 – 4959
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: drlally@hotmail.com