**Fill in this information to identify your case:**

Debtor 1: Dazhi _____ Qiu
          First Name     Middle Name     Last Name

Debtor 2: _____
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 21 - 12092

☑ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

Priority Creditor's Name: _____
Number _____ Street _____
_____
City _____ State _____ ZIP Code

Last 4 digits of account number ___ ___ ___ ___    $_____    $_____    $_____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**2.2**

Priority Creditor's Name: _____
Number _____ Street _____
_____
City _____ State _____ ZIP Code

Last 4 digits of account number ___ ___ ___ ___    $_____    $_____    $_____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 1 of __

Debtor 1  Razbi
_____  First Name  _____  Middle Name  _____  Last Name

Case number (if known) 21-12092

**Part 1:   Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

☐

Priority Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____   $_____   $_____

---

☐

Priority Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____   $_____   $_____

---

☐

Priority Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____   $_____   $_____

Debtor 1  Dazhi / Qiu
         First Name  Middle Name  Last Name

Case number (if known) 21-12092

### Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1**
Nonpriority Creditor's Name: Developers Diversified Realty Corporation
Number Street: 3300 Enterprise Parkway
City: Beachwood, State: OH  ZIP Code: 44122

Last 4 digits of account number: 5 3 8 3
When was the debt incurred? 02/09/2011

$ 114,619.12

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☑ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify: Defaulted Commercial Lease

**4.2**
Nonpriority Creditor's Name: _____
Number Street: _____
City: _____  State: _____  ZIP Code: _____

Last 4 digits of account number: ___ ___ ___ ___
When was the debt incurred? _____

$ _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify: _____

**4.3**
Nonpriority Creditor's Name: _____
Number Street: _____
City: _____  State: _____  ZIP Code: _____

Last 4 digits of account number: ___ ___ ___ ___
When was the debt incurred? _____

$ _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify: _____

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTON – LAW

| | | |
|---|---|---|
| DEVELOPERS DIVERSIFIED REALTY CORPORATION,<br><br>*Plaintiff*,<br><br>vs.<br><br>BLUE GINGERS BUFFET, INC., *d/b/a*, JIM'S BUFFET,<br><br>and<br><br>DAZHI QIU,<br><br>*Defendants*. | : : : : : : : : : : : : : : : | No. 2011-15383 |

### PRAECIPE FOR ENTRY OF JUDGMENT
### AND ASSESSMENT OF DAMAGES
### Pa.R.C.P. No. 237

To the Prothonotary:

Please enter Judgment in favor of the Plaintiff, Developers Diversified Realty Corporation, and against Defendant Dazhi Qiu on the Order of July 30, 2013 assessing damages upon the Plaintiff's Motion for Summary Judgment, no timely appeal or motion having been filed by the Defendant, and assess damages as follows:

| | | |
|---|---|---|
| Principal: | $ | 114,619.12 |
| Total: | $ | 114,619.12 |

(*continued on the following page*)

Case# 2011-15383-32 Docketed at Montgomery County Prothonotary on 08/29/2013 11:52 AM, Fee = $19.25

Case# 2011-15383-32 Docketed at Montgomery County Prothonotary on 08/29/2013 11:52 AM, Fee = $19.25

STARK & STARK

*A Professional Corporation*

By: /S/ _____
Kenneth Ferris, Esquire
Supreme Court I.D. No. 92335
*Attorneys for Plaintiff*
777 Township Line Road, Suite 120
Yardley, PA 19067
tel. 267.907.9600
fax. 267.907.9659

Dated: August 29, 2013

AND NOW, this ____ day of _____, 2013, Judgment is entered in favor of Plaintiff, Developers Diversified Realty Corporation and against Defendant Dazhi Qiu on the Order of July 30, 2013 assessing damages on the Plaintiff's Motion for Summary Judgment in the principal amount of One Hundred Fourteen Thousand, Six Hundred Nineteen Dollars and Twelve cents ($114,619.12).

[SEAL]

_____
MARK LEVY/Deputy
*Prothonotary of Montgomery County*

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**
**CIVIL DIVISION**

| | |
|---|---|
| Developers Diversified Realty Corporation | NO. 2011-15383 |
| vs. | |
| Blue Gingers Buffet, Inc. d/b/a Jim's Buffet and Dazhi Qiu | IN: Assessment of Damages |

**ORDER**

AND NOW, this 30th day of July, 2013, by agreement in the above captioned matter, it is hereby ORDERED and DECREED that judgment is hereby entered in favor of Developers Diversified Realty Corporation and against Blue Gingers Buffet, Inc. in the sum of $706,301.60 and it is further ORDERED and DECREED that judgment is in favor of Developers Diversified Realty Corporation and against Dazhi Qiu in the sum of $114,619.12. In the event damages are collected on account of either judgment, credit will be given on the account of the other Defendant.

BY THE COURT:

_____
BERNARD A. MOORE, J.

Copy of the above Order
☒ Hand delivered in open Court to the following:
☐ Mailed to the following:
Court Administration – Civil Division
Plaintiff's Attorney: Kenneth Ferris, Esq.
Defense Attorney: William Cooper, Esq.
Court Clerk: Kevin Frankel
Secretary
Date: 7/30/2013



2011-15383-0027    FilingID: 9391153
7/30/2013 2:42:08 PM
Order
Receipt # Z1883406    Fee    $0.00
Mark Levy - MontCo Prothonotary

Re:CV0021