**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | DAZHI QIU | : | Bankruptcy No. 21-12092 |
| | | : | |
| | | : | |
| | DEBTOR | : | Chapter 13 |

<u>ENTRY OF APPEARANCE</u>

TO THE CLERK:

Kindly enter my appearance on behalf of the Debtor, Dazhi Qiu, and include my name on the Mailing matrix to receive all notices in this case. The debtor's prior counsel is deceased.

Respectfully submitted,

<u>/Zachary Perlick, Esquire/</u>
ZACHARY PERLICK, ESQUIRE
1420 Walnut Street, Suite 718
Philadelphia, PA 19102
(215) 569-2922
Perlick@verizon.net