# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | DAZHI QIU | : | Bankruptcy No. 21-12092 |
| | | : | |
| | | : | |
| | DEBTOR | : | Chapter 13 |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Amended Schedules and a Bankruptcy Notice have been served upon the Trustee and all interested parties on January 10, 2022 by regular first class mail or electronic mail.

Respectfully submitted,

/Zachary Perlick/
ZACHARY PERLICK, ESQUIRE
42 S. 15th Street, Suite 1113
Philadelphia, PA 19102
Phone: (215) 569-2922
Fax:    (215) 569-1444