United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dazhi Qiu  
    Debtor

Case No. 21-12092-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Feb 22, 2022     Form ID: 155     Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dazhi Qiu, 4611 W. Alanna Ct, Franklin, WI 53132-8698 |
| 14625659 | | BMW Master Cardmember Services, PO Box 790408, Saint Louis, MO 63179-0408 |
| 14625660 | | BMW Visa Card, PO Box 6354, Fargo, ND 58125-6354 |
| 14625655 | + | Beyer Lighting Fish Co. Inc., 800 Food Center Dr., Unit 117, Bronx, NY 10474-0054 |
| 14630638 | | Beyer Lightning Fish Co. Inc., James W. Adelman Esquire, Morris & Adelman P.C., PO Box 2235, Bala Cynwyd Pa 19004-6235 |
| 14625656 | | Bloomingdale's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 14625658 | + | Blue Gingers Buffet Inc, 402 Evergreen Court, North Wales, PA 19454-2095 |
| 14625661 | + | Caleb Haley & Company LLC, 800 Food Center Dr., Unit 110, Bronx, NY 10474-1259 |
| 14625662 | | Citi Cards, PO Box 70272, Philadelphia, PA 19176-0272 |
| 14625664 | + | Crown Fish Company, 800 Food Center Dr., Unit 86, Bronx, NY 10474-0044 |
| 14625666 | + | Emerald Seafood, Inc., 800 Food Center Dr., Unit 63, PO Box #6, Bronx, NY 10474-0038 |
| 14625667 | + | Ikea Credit Card, 420 Alan Wood Road, Conshohocken, PA 19428-1141 |
| 14625668 | + | Integrated, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14625669 | + | Jims Buffet, 402 Evergreen Court, North Wales, PA 19454-2095 |
| 14625670 | + | Lockwood & Winant, 800 Food Center Dr., Unit #99, Bronx, NY 10474-0014 |
| 14628747 | + | M&T BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14625671 | + | Q&J Trading LLC, 402 Evergreen Court, North Wales, PA 19454-2095 |
| 14642110 | + | Site Centers Corporation, 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |
| 14625672 | + | Specialized Loan Servicing, LLC, c/o Matthew Tillma (Authorized Agent), Bonial & Associates, PC, PO Box 9013, Addison, TX 75001-9013 |
| 14642109 | + | Thomas S. Onder, Esq., 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14625654 | | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 04:56:53 | Banana Republic/SYNCB, PO Box 960061, Orlando, FL 32896-0061 |
| 14625663 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 23 2022 04:44:00 | Citizens Bank, PO Box 42010, Providence, RI 02940-2010 |
| 14627147 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 23 2022 04:44:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14636079 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2022 04:56:53 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14625665 | + | Email/Text: rweiss@ddr.com | Feb 23 2022 04:44:00 | Developers Diversified Realty Corp., 3300 Enterprise Parkway, Beachwood, OH 44122-7200 |
| 14631722 | | Email/Text: camanagement@mtb.com | Feb 23 2022 04:44:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14660638 | + | Email/Text: bankruptcynotices@sba.gov | Feb 23 2022 04:44:00 | Small Business Administration, Office of Disaster Relief, 409 3rd Street S. W., Ste 6050, Washington, DC 20416-0011 |
| 14625907 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 04:56:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

23541-1021

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2022           Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES W. ADELMAN | on behalf of Creditor Beyer Lightning Fish Co. Inc. mail@morrisadelman.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Dazhi Qiu Perlick@verizon.net pireland1@verizon.net |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dazhi Qiu
        Debtor(s)                                        Chapter: 13

                                                           Bankruptcy No: 21−12092−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 22, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                      Ashely M. Chan
                                                      Judge ,
                                                      United States Bankruptcy Court

                                                                                       54
                                                                             Form 155