**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | DAZHI QIU | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 21-12092 |

<u>CERTIFICATION OF NO-OBJECTION OR RESPONSE</u>

I, Zachary Perlick, Esquire, hereby certify that I have not received a responsive pleading nor any objection to Debtor's Motion to Amend Plan Post-Confirmation, I respectfully request that the court enter the Order accompanying said application.

                                                                      BY:    <u>/Zachary Perlick/</u>
                                                                                        Zachary Perlick, Esquire
                                                                                        1420 Walnut Street, Suite 718
                                                                                        Philadelphia, PA  19102
                                                                                        (215) 569-2922