```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:    DAZHI QIU                    :CHAPTER 13
                                       :
                                       :
          DEBTOR                       :Bankruptcy No. 21-12092AMC

                              ORDER
```

AND NOW, this         day of            , 2022, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby confirmed.

BY THE COURT:

_____
**Date: September 6, 2022**        THE HONORABLE ASHELY M. CHAN