IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | DAZHI QIU | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 21-12092 AMC |

**SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee and costs award: | $1,000.00 |
| Net amount to be paid by the Trustee | $1,000.00 |

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

**Date: September 23, 2022**

Dated:_____

cc:  Kenneth E. West, Trustee
     Via electronic mail

     Zachary Perlick, Esquire
     Via electronic mail

     Debtor