IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    DAZHI QIU                :CHAPTER 13
                                   :
                                   :
          DEBTOR                   :Bankruptcy No. 21-12092AMC

<u>ORDER</u>

   AND NOW, this _____ day of _____, 2022, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby confirmed.

BY THE COURT:

**Date: October 18, 2022**

_____
THE HONORABLE ASHELY M. CHAN