Certificate Number: 05781-PAE-DE-038737396

Bankruptcy Case Number: 21-12092



05781-PAE-DE-038737396

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 5, 2024</u>, at <u>3:03</u> o'clock <u>PM PDT</u>, <u>Dazhi Qiu</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>August 5, 2024</u>          By:     <u>/s/Allison M Geving</u>

                                 Name:  <u>Allison M Geving</u>

                                 Title:   <u>President</u>