United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12092-amc |
| Dazhi Qiu | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 27, 2024 | Form ID: 138OBJ | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dazhi Qiu, 4611 W. Alanna Ct, Franklin, WI 53132-8698 |
| 14625659 | | BMW Master Cardmember Services, PO Box 790408, Saint Louis, MO 63179-0408 |
| 14625660 | | BMW Visa Card, PO Box 6354, Fargo, ND 58125-6354 |
| 14625655 | + | Beyer Lighting Fish Co. Inc., 800 Food Center Dr., Unit 117, Bronx, NY 10474-0054 |
| 14630638 | | Beyer Lightning Fish Co. Inc., James W. Adelman Esquire, Morris & Adelman P.C., PO Box 2235, Bala Cynwyd Pa 19004-6235 |
| 14625658 | + | Blue Gingers Buffet Inc, 402 Evergreen Court, North Wales, PA 19454-2095 |
| 14625661 | + | Caleb Haley & Company LLC, 800 Food Center Dr., Unit 110, Bronx, NY 10474-1259 |
| 14625664 | + | Crown Fish Company, 800 Food Center Dr., Unit 86, Bronx, NY 10474-0044 |
| 14625666 | + | Emerald Seafood, Inc., 800 Food Center Dr., Unit 63, PO Box #6, Bronx, NY 10474-0038 |
| 14625667 | + | Ikea Credit Card, 420 Alan Wood Road, Conshohocken, PA 19428-1141 |
| 14625669 | + | Jims Buffet, 402 Evergreen Court, North Wales, PA 19454-2095 |
| 14625670 | + | Lockwood & Winant, 800 Food Center Dr., Unit #99, Bronx, NY 10474-0014 |
| 14625671 | + | Q&J Trading LLC, 402 Evergreen Court, North Wales, PA 19454-2095 |
| 14642110 | + | Site Centers Corporation, 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |
| 14642109 | + | Thomas S. Onder, Esq., 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 27 2024 23:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2024 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14625654 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:04 | Banana Republic/SYNCB, PO Box 960061, Orlando, FL 32896-0061 |
| 14625656 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:00:37 | Bloomingdale's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 14625663 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 27 2024 23:42:00 | Citizens Bank, PO Box 42010, Providence, RI 02940-2010 |
| 14627147 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 27 2024 23:42:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14625662 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:20:29 | Citi Cards, PO Box 70272, Philadelphia, PA 19176-0272 |
| 14636079 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:20:23 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14625665 | + Email/Text: rweiss@ddr.com | Aug 27 2024 23:42:00 | Developers Diversified Realty Corp., 3300 Enterprise Parkway, Beachwood, OH 44122-7200 |
| 14625668 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: 138OBJ | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 27 2024 23:42:00 | Integrated, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14631722 | | Email/Text: camanagement@mtb.com | Aug 27 2024 23:42:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14628747 | ^ | MEBN | Aug 27 2024 23:31:47 | M&T BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14660638 | + | Email/Text: bankruptcynotices@sba.gov | Aug 27 2024 23:42:00 | Small Business Administration, Office of Disaster Relief, 409 3rd Street S. W., Ste 6050, Washington, DC 20416-0011 |
| 14625672 | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Aug 27 2024 23:42:00 | Specialized Loan Servicing, LLC, c/o Matthew Tillma (Authorized Agent), Bonial & Associates, PC, PO Box 9013, Addison, TX 75001-9013 |
| 14625907 | ^ | MEBN | Aug 27 2024 23:31:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2024            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| JAMES W. ADELMAN | on behalf of Creditor Beyer Lightning Fish Co. Inc. mail@morrisadelman.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Dazhi Qiu Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 5

*Form 138OBJ* (6/24)–doc 86 − 80

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Dazhi Qiu )<br>   dba Q&J Trading Logisitics LLC )<br>   dba Q&J Trading LLC )<br>                      )<br>   Debtor(s). )<br>                      ) | Case No. 21−12092−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 27, 2024

For The Court

Timothy B. McGrath
Clerk of Court