# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Dazhi Qiu dba Q&J Trading LLC dba Q&J Trading Logistics LLC**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 21-12092 AMC**<br><br>**Chapter 13** |
| **M&T BANK**<br>　　　　　　　　　　**Movant**<br>　　　**vs.**<br><br>**Dazhi Qiu dba Q&J Trading LLC dba Q&J Trading Logistics LLC**<br>　　　　　　　　　　**Debtor(s)** | **Related to Claim No. 3-1** |
| **Kenneth E. West Esq.**,<br>　　　　　　　　　　**Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 8, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Dazhi Qiu dba Q&J Trading LLC dba Q&J Trading Logistics LLC
4611 W. Alanna Ct.
Franklin, WI 53132

Attorney for Debtor(s)
Douglas R. Lally, Esq.
1003 Easton Road (VIA ECF)
Suite C103
Willow Grove, PA 19090

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: <u>November 8, 2022</u>

　　　　　　　　　　　　　　　　　　　　**/s/ Michael P. Farrington**
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com